JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED FINANCIAL CASUALTY COMPANY,

Plaintiff,

vs.

CALIFORNIA ON-SITE PROTECTION SERVICES, INC. DBA MESSINA OPERATIVE PROTECTIVE SERVICES et al.,

Defendants.

Case No.: 8:23-cv-01821-JFW-DFMx

**JUDGMENT**

## JUDGMENT AND ORDER FOR DECLARATORY RELIEF

JOHN F. WALTER, District Judge.

Pursuant to this Court's July 11, 2024 Order Granting Plaintiff's Motion for Summary Judgment (Dkt. No. 76), and as explained more fully therein, the Court grants judgment in favor of Plaintiff United Financial Casualty Company ("United Financial") and against Defendants California On-Site Protection Services, Inc. dba Messina Operative Protective Services ("On-Site"), Kyle Durham ("Durham"), Richard Brun ("Brun"), and May Lynne Graves ("Graves"), **JUDGMENT IS HEREBY ENTERED** as follows:

The Court declares and decrees that:



1)      The policy of commercial auto insurance United Financial issued to On-Site, policy number 002782455-0, policy period January 12, 2023 – July 12, 2023 (the "Policy"), does not cover the claims alleged in the underlying actions styled *Richard Brun v. California On-Site Protection Services dba Messina Operative Protection Services, et al.*, Case No. 30-2023-01329275-CU-PO-CJC (the "Brun Action") and *May Lynne Graves v. California On-Site Protection Services dba Messina Operative Protection Services, et al.*, Case No. 30-2023-01329872-CU-PO-CJC (the "Graves Action" and collectively, with the Brun Action, the "Underlying Actions").

2)      Judgment is entered in favor of United Financial on its First Claim for Declaratory Relief. United Financial has no duty to defend or indemnify On-Site or Durham in connection with the Brun Action.

3)      Judgment is entered in favor of United Financial on its Second Claim for Declaratory Relief. United Financial has no duty to defend or indemnify On-Site or Durham in connection with the Graves Action.

4)      Any application for costs shall be made pursuant to Rule 54 of the Federal Rules of Civil Procedure.

Dated: July 18, 2024

_____
Hon. John F. Walter
Judge, United States District Court
Central District of California